

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00772-CV

**IN RE CENTURY OAKS LAND, LLC**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Rebecca C. Martinez, Chief Justice
                Lori Massey Brissette, Justice
                Velia J. Meza, Justice

Delivered and Filed: January 28, 2026

PETITION FOR WRIT OF MANDAMUS DISMISSED AS MOOT

On December 1, 2025, relator filed a petition for writ of mandamus. On January 15, 2026, relator filed a motion to dismiss its mandamus petition without prejudice to refiling on the ground that the subject of the petition has become moot pursuant to the parties' agreement to arbitrate. We **GRANT** relator's motion. Accordingly, relator's petition for writ of mandamus is **DISMISSED AS MOOT** without prejudice to relator refiling its petition for writ of mandamus if the subject becomes justiciable.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2017CI02547, styled *Robert Corley v. Century Oaks, LLC, et al*., pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Rosie Alvarado presiding.